UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY                    .

FORMAN HOLT ELIADES & YOUNGMAN LLC
80 Route 4 East, Suite 280
Paramus, NJ 07652
(201) 845-1000
Attorneys for Catherine E. Youngman (CEY-7596)
Chapter 7 Trustee
_____

In Re:

KAREEMA F. COLES

                Debtor.

Chapter:   7

Case No.:   15-27104  (MBK)

Judge:  Hon.  Michael B. Kaplan

Hearing Date: April 4, 2016
                    10:00 a.m.

Recommended Local Form:     ☒  Followed     ☐  Modified

### NOTICE OF MOTION FOR AN ORDER TO COMPEL MARCIA Y. PHILLIPS, ESQ. TO PROVIDE INFORMATION TO CHAPTER 7 TRUSTEE

**PLEASE TAKE NOTICE** that on April 4, 2016 at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Catherine E. Youngman, Esq., the Chapter 7 Trustee for Kareema F. Coles, the debtor herein (the "Debtor"), will appear before the Honorable Michael B. Kaplan, United States Bankruptcy Court, U.S. Courthouse, 402 East State Street, Trenton, New Jersey, and seek entry of an Order compelling Marcia Y. Phillips, Esq., attorney for debtor, to provide information to the Chapter 7 Trustee in the captioned Chapter 7 case; and for such other and further relief as is just and proper.

**PLEASE TAKE FURTHER NOTICE** that the Trustee shall rely upon the Certification of Catherine E. Youngman filed in support of the relief sought and proposed Order. As the issues before the court are not novel, it is submitted that no brief is necessary pursuant to **D.N.J.L.B.R.9013-1(a)(3) [Formerly 9013-2].**

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested must be made in writing and in the form prescribed by the Federal Rules of Bankruptcy Procedure and to **D.N.J. LBR 9013-1 [Formerly 9014-1]**, and must be filed with this court and served upon and received by counsel to the Trustee at Forman Holt Eliades & Youngman LLC, attorneys for the Trustee, Attn: Catherine E. Youngman, Esq., Trustee, 80 Route 4 East, Suite 290, Paramus, New Jersey 07652, within seven (7) days prior to the return date.

**PLEASE TAKE FURTHER NOTICE** that, in the event that timely objections are not filed with the court and served upon the Trustee and her proposed counsel, as provided in **D.N.J. L.B.R. 9013-3 [Formerly 9013-1(a) and (f)],** the Application shall be deemed uncontested and the court may, in its discretion, grant the requested relief.

                FORMAN HOLT ELIADES
                & YOUNGMAN, LLC
                Attorneys for Trustee


                By:*/s/Catherine E. Youngman*
                    Catherine E. Youngman

Dated: March 3, 2016

2